# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02839-RM-NYW

DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC.,
a Colorado nonprofit corporation

Plaintiff,

vs.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

Defendant.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Nina Y. Wang

    This civil action comes before the court on the Parties' Joint Motion to Amend Scheduling Order, filed May 20, 2015 [#28] (the "Motion").  Pursuant to the Order Referring Case dated February 4, 2015 [#23], the Reassignment dated February 10, 2015 [#24], and the Memorandum dated June 12, 2015 [#30], the Motion is before this Magistrate Judge.

    IT IS ORDERED that the Motion is GRANTED.  Accordingly, IT IS ORDERED that:

(1) The Parties shall serve rebuttal expert disclosures upon opposing counsel pursuant to Fed. R. Civ. P. 26(a)(2) no later than **July 22, 2015**;

(2) The discovery cut-off is hereby reset to **August 15, 2015**;

(3) The dispositive motion deadline is hereby reset to **September 1, 2015**.

DATED June 16, 2015