IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 14-cv-02839-RM-NYW | Date: August 4, 2015 |
|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC., | *Jonah Galen Hunt* |
| **Plaintiff,** | |
| v. | |
| AUTO OWNERS INSURANCE COMPANY, | *Matthew Wesley Hall* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 9:59 a.m.

Appearance of counsel.

Discussion and argument held on Plaintiff's Motion to Compel [29] filed June 12, 2015. Parties have a stipulation.

**ORDERED:  Plaintiff's Motion to Compel [29] is DENIED as MOOT in light of the parties' agreement as reflected on the record.**

Also pending is the Motion for Leave to Amend Answer to Assert Defense of Insurance Fraud, Affirmative Claims Arising Out of Insurance Fraud, and to add Co-Conspirators Scott Benglen, Claim Solutions, LLC, Susan Cwik and Gunbarrel Real Estate Company as Third-Party Defendants Regarding the Insurance Fraud Claims [34] filed July 17, 2015.

Parties have agreed to allow the 30(b)(6) deposition to occur after the discovery cut-off. Parties are directed to file a motion with the court.

At this time, parties do not believe oral argument will be necessary regarding the pending Motion for Leave to Amend Answer [34].

Court in Recess: 10:09 p.m.          Hearing concluded.          Total time in Court:   00:10