IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 14-cv-02839-RM-NYW | Date: August 26, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: NYW Courtroom C-204 |

| *Parties* | *Counsel* |
|---|---|
| DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC., | *Jonah Hunt* |
| Plaintiff, | |
| v. | |
| AUTO OWNERS INSURANCE COMPANY, | *Matthew Hall* *Ryan Nichols* |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**

**2:55 p.m.      Court in session.**

Appearances of counsel.

Discussion and argument regarding adding claims, counterclaims, and amending answer. Further discussion regarding additional discovery, if any, that is needed.

**ORDERED:   Defendant's Motion for Leave to Amend Answer to Assert Defense of Insurance Fraud, Affirmative Claims Arising Out of Insurance Fraud, and to Add Co-Conspirators Scott Benglen, Claim Solutions, LLC, Susan Cwik and Gunbarrel Real Estate Company as Third-Party Defendants Regarding the Insurance Fraud Claims [34] is TAKEN UNDER ADVISEMENT.**

Court notes that discovery is closed.

**3:18 p.m.        Court in recess.**

Hearing concluded.
Total time in Court:    00:23

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.