IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02839-RM-NYW

DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC.,
a Colorado nonprofit corporation
Plaintiff/Counterclaim Defendant,

vs.

AUTO-OWNERS INSURANCE COMPANY,
a Michigan corporation,  Defendant/Counterclaimant.

and

AUTO-OWNERS INSURANCE COMPANY, a Michigan Corporation, Third-Party Plaintiff,

vs.

SCOTT BENGLEN; CLAIM SOLUTIONS LLC, a Colorado Company; SUSAN CWIK; GUNBARREL WEST REAL ESTATE COMPANY, a Colorado corporation d/b/a COUNTRYSIDE ASSET MANAGEMENT CORPORATION and HAVEN PROPERTY MANAGERS & ADVISORS, Third-Party Defendants.

## PLAINTIFF DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC.'S MOTION TO WITHDRAW CHRISTOPHER M. DRAKE AS COUNSEL OF RECORD

Plaintiff Dakota Station II Condominium Association, Inc. ("Plaintiff" or Association"), by and through its attorneys Orten Cavanagh & Holmes, LLC, hereby submits its Motion to Withdraw Christopher M. Drake as Counsel of Record, and states as follows:

1. Christopher M. Drake is no longer associated with the law firm of Orten Cavanagh & Holmes, LLC, and therefore should be removed from this case.

WHEREFORE, Plaintiff Dakota Station II Condominiums Association, Inc. respectfully requests that the Motion to Withdraw Christopher M. Drake as Counsel of Record be granted, that Christopher M. Drake be removed from this case, and for such other and further relief as the Court deems proper.

Respectfully submitted this 7th day of December, 2015.

ORTEN CAVANAGH & HOLMES, LLC

*/s/ Jonah Hunt*
Jonah G. Hunt, No. 34379
ORTEN CAVANAGH & HOLMES, LLC
1445 Market Street, Suite 350
Denver, CO  80202
Phone Number:  720-221-9780
Fax Number:  720-221-9781
E-mail: jhunt@ochhoalaw.com

*Attorneys for Plaintiff Dakota Station II Condominium Association, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02839-RM-NYW

DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC.,
a Colorado nonprofit corporation
Plaintiff/Counterclaim Defendant,

vs.

AUTO-OWNERS INSURANCE COMPANY,
a Michigan corporation, Defendant/Counterclaimant.

and

AUTO-OWNERS INSURANCE COMPANY, a Michigan Corporation, Third-Party Plaintiff,

vs.

SCOTT BENGLEN; CLAIM SOLUTIONS LLC, a Colorado Company; SUSAN CWIK; GUNBARREL WEST REAL ESTATE COMPANY, a Colorado corporation d/b/a COUNTRYSIDE ASSET MANAGEMENT CORPORATION and HAVEN PROPERTY MANAGERS & ADVISORS, Third-Party Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2015, a true and correct copy of the foregoing PLAINTIFF DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC.'S MOTION TO WITHDRAW CHRISTOPHER M. DRAKE AS COUNSEL OF RECORD was served electronically through CM-ECF on the following:

Matthew W. Hall
Karen H. Wheeler
Levy Wheeler Waters, P.C.
6400 S. Fiddler's Green Circle, Suite 900
Greenwood Village, CO 80111
*Counsel for Auto-Owners Insurance Company*

3

Laura A. Hass
Reza D. Rismani
Treece Alfrey Musat P.C.
633 17th Street, Suite 2200
Denver, CO 80202
*Counsel for Susan Cwik, Gunbarrel West Real Estate Company,*
*d/b/a Countryside Asset Management Corporation, Haven Property*
*Managers & Advisors and Dakota Station II Condominium*
*Association, Inc.*

Keith Frankl
The Frankl Law Firm, P.C.
7400 E. Orchard Road, Suite 225
South Greenwood Village, CO 80111
*Counsel for Scott Benglen and Claims Solutions, LLC*

                                            */s/ Heather Cline*
                                            Heather Cline, paralegal