IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-2839-RM-NYW

DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

    Defendant.

_____

**MINUTE ORDER**
_____

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the court on Plaintiff Dakota Station II Condominium Association, Inc.'s Motion to Withdraw Christopher M. Drake as Counsel of Record. [#68, filed December 7, 2015].

    IT IS ORDERED that the Motion is GRANTED. Christopher M. Drake is granted leave to withdraw from the representation of Plaintiff Dakota Station II Condominium Association, Inc. and is to be removed from the electronic service.

DATED: December 9, 2015