IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02839-RM-NYW

DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC.,
a Colorado nonprofit corporation

Plaintiff and Counterclaim Defendant,

vs.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

Defendant and Counterclaimant,

And

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

Third Party Plaintiff,

vs.

SCOTT BENGLEN, CLAIM SOLUTIONS, LLC, a Colorado company, SUSAN CWIK, GUNBARREL WEST REAL ESTATE COMPANY, a Colorado corporation d/b/a Countryside Asset Management Corporation and Haven Property Managers & Advisors,

Third Party Defendants.
_____

**AUTO-OWNERS INSURANCE COMPANY'S UNOPPOSED MOTION TO AMEND CAPTION TO CORRECT PARTY NAME**
_____

Defendant, Counterclaimant and Third Party Plaintiff Owners Insurance Company (incorrectly named as Auto-Owners Insurance Company), by and through its counsel, Karen H. Wheeler and Matthew W. Hall of Levy Wheeler Waters, P.C., submits its Unopposed Motion to Amend Caption to Correct Party Name, and states as follows:

Certification of Conferral

1

Counsel for Owners conferred with counsel for all other parties regarding this motion, and was advised there are no objections to the relief sought herein.

## AUTHORITIES AND ARGUMENT

Owners Insurance Company is an insurance company that is related to the named Defendant in this case, Auto-Owners Insurance Company. It recently came to Owners' attention that it, and not Auto-Owners Insurance Company, was the entity that should be named in this matter, as Owners is the entity that issued in the insurance policy relevant to this dispute. Accordingly, Owners seeks amendment of the caption to correct its name to Owners Insurance Company.

Pursuant to Fed.R.Civ.P. 15(a)(2), amendment of pleadings is permitted either by leave of Court or by consent of all parties. Here, all parties have consented to the amendment of the caption.

To the extent it may be necessary to show good cause to deviate from the time set for amendment of pleadings in the Scheduling Order pursuant to Fed.R.Civ.P. 16(b)(4), Owners notes that it was not able to complete the conferral process to determine whether all parties in fact consented until January 8, 2016, when counsel for Gunbarrel and Susan Cwik confirmed those parties also consented.

Owners further states that an administrative correction of the caption will not unduly prejudice any party, and will avoid the need for any party to resubmit any pleadings. Accordingly, Owners believes that administrative correction of the caption is the appropriate way to proceed under these circumstances.

WHEREFORE, for the foregoing reasons, Owners Insurance Company respectfully requests that this Court enter an Order GRANTING this motion and ordering that the caption be administratively corrected to reflect Defendant, Counterclaimant and Third Party Plaintiff's name as Owners Insurance Company. A proposed order will be filed concurrently as required by D.C.COLO.LCivR 7.1(c).

DATED this 18th day of January, 2016.

/s/  Karen H. Wheeler

Karen H. Wheeler, Esq.
Levy Wheeler Waters, P.C.
6400 S. Fiddlers Green Circle, Suite 900
Greenwood Village, CO  80111
Telephone:  (303) 796-2900
Facsimile:    (303) 796-2081
kwheeler@lwwlaw.com
*Attorneys for Defendant Auto-Owners Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02839-BNB

DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC.,
a Colorado nonprofit corporation

Plaintiff and Counterclaim Defendant,

vs.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

Defendant and Counterclaimant,

And

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

Third Party Plaintiff,

vs.

SCOTT BENGLEN, CLAIM SOLUTIONS, LLC, a Colorado company, SUSAN CWIK, GUNBARREL WEST REAL ESTATE COMPANY, a Colorado corporation d/b/a Countryside Asset Management Corporation and Haven Property Managers & Advisors,

Third Party Defendants.
_____

**CERTIFICATE OF SERVICE**
_____

I hereby certify that on this 5th day of January, 2016, a true and correct copy of the foregoing **AUTO-OWNERS INSURANCE COMPANY'S UNOPPOSED MOTION TO AMEND CAPTION TO CORRECT PARTY NAME** was served electronically through CM-ECF on the following:

4

Jonah G. Hunt, Esq.
Orten Cavanagh Holmes, LLC
1445 Market Street, Suite 350
Denver, Colorado 80202
Telephone:  (720) 221-9790
Facsimile:    (720-221-9781
jhunt@ochhoalaw.com

*Attorneys for Plaintiff*

Laura A. Hass, Esq.
Reza Rismani, Esq.
Treece Alfrey Musat, P.C.
633 17th Street, Suite 2200
Denver, CO  80202
lhass@tamlegal.com
rrismani@tamlegal.com
Telephone:  (303) 292-2700
Facsimile:    (303) 295-0414

*Attorneys for Third-Party Defendants Gunbarrel Real Estate Company and Susan Cwik*

Keith E. Frankl, Esq.
The Frankl Law Firm, P.C.
7400 E. Orchard Road, Suite 225 South
Greenwood Village, CO  80111
Telephone:  (303) 300-2029
Facsimile:    (303) 300-2059
kfrankl@frankllawfirm.com

*Attorneys for Third-Party Defendants Scott Benglen and Claim Solutions*

_/s/      Karen H. Wheeler_