# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-2839-RM-NYW

DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit
    corporation,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

    Defendant.

---

## ORDER GRANTING MOTION TO AMEND CAPTION

---

Magistrate Judge Nina Y. Wang

This matter comes before the court on Auto-Owners Insurance Company's Unopposed Motion to Amend Caption to Correct Party Name (the "Motion"). [#83, filed Jan. 18, 2016]. The Motion was referred to this Magistrate Judge pursuant to the Order of Reference dated February 4, 2015 [#23], the Order Reassigning Magistrate Judge dated February 10, 2015 [#24], and the Memorandum dated January 18, 2016 [#84].

Auto-Owners Insurance Company ("Auto-Owners") represents in its Motion that it recently came to the attention of Owners Insurance Company ("Owners"), an insurance company that is related to Auto-Owners, that it was the entity that should be named in this matter rather than Auto-Owners because Owners issued the insurance policy relevant to this dispute. [#83 at 2]. Accordingly, Auto-Owners requests that the court enter an order directing that the case

caption be administratively corrected to reflect Defendant, Counterclaimant, and Third Party Plaintiff's name as Owners Insurance Company.  The court finds that good cause exists for this proposed amendment.

Therefore, **IT IS ORDERED** that:

(1)    Auto-Owners Insurance Company's Unopposed Motion to Amend Caption to Correct Party Name is **GRANTED**; and

(2)    The Clerk of the Court is **DIRECTED** to update the case caption to substitute Owners Insurance Company as a party in place of Auto-Owners Insurance Company.

DATED: January 20, 2016                              BY THE COURT:

s/ Nina Y. Wang
Nina Y. Wang
United States Magistrate Judge