IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC. a Colorado nonprofit corporation<br><br>Plaintiff and Counterclaim Defendant<br><br>vs.<br><br>OWNERS INSURANCE COMPANY, a Michigan corporation<br><br>Defendant and Counterclaimant<br><br>and<br><br>OWNERS INSURANCE COMPANY, a Michigan corporation<br><br>Third Party Plaintiff,<br><br>vs.<br><br>SCOTT BENGLEN<br>CLAIM SOLUTIONS, LLC, a Colorado company,<br>SUSAN CWIK,<br>GUNBARREL WEST REAL ESTATE COMPANY, a Colorado corporation d/b/a COUNTRYSIDE ASSET MANAGEMENT CORPORATION and<br>HAVEN PROPERTY MANAGERS & ADVISORS,<br><br>Third Party Defendant(s) | Case No.:14-cv-02839-RM-NYW |

**THIRD PARTY DEFENDANTS SCOTT BENGLEN AND CLAIM SOLUTIONS, LLC NOTICE TO SUBSTITUTE COUNSEL**

Notice is hereby given that, subject to approval by the court, Mr. Scott Benglen, Third Party Defendant, substitutes Edward Levy, Colorado Bar Number 36090, as counsel of record in place of Keith Frankl.

Contact information for new counsel is as follows:

|  |  |
|---|---|
| Firm Name: | Furtado & Levy LLP |
| Address: | 3773 Cherry Creek North Drive, Suite 575 |
|  | Denver, Colorado 80209 |
| Telephone: | (303) 481-6352 |
| E-Mail: | elevy@furtadolevylaw.com |

Dated: March 26, 2017

FURTADO & LEVY LLP


/s/ Edward Levy
Edward Levy, Esq.
3773 Cherry Creek North Drive, Suite 575
Denver, Colorado 80209
(303) 481-6352
elevy@furtadolevylaw.com
Registration Number 36090
Attorney for Third Party Defendants:
Mr. Scott Benglen
Claims Solutions, LLC

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court, using CM/ECF system and sent to the following:

Jonah G. Hunt, Esq.
Orten Cavanagh & Holmes, LLC
1445 Market Street, Suite 350
Denver, CO 80202

Karen H. Wheeler
Matthew W. Hall
Charles C. Hall
LEVY WHEELER WATERS, P.C.
6465 S. Greenwood Plaza Blvd., Suite 650
Greenwood Village, CO 80111

Reza D. Rismani
Laura A. Hass
Treece Alfrey Musat. P.C.
633 17th Street, Suite 2200
Denver, CO 80202


/s/ Edward Levy
Edward Levy