IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-2839-RM-NYW

DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC.,
a Colorado nonprofit corporation,

Plaintiff/Counterclaim Defendant,

vs.

OWNERS INSURANCE COMPANY, a Michigan corporation,

Defendant/Counterclaimants,

AND

OWNERS INSURANCE COMPANY, a Michigan corporation,

Third-Party Plaintiff,

vs.

SCOTT BENGLEN; CLAIM SOLUTIONS, LLC, a Colorado company; SUSAN CWIK; GUNBARREL WEST REAL ESTATE COMPANY, a Colorado corporation d/b/a COUNTRYSIDE ASSET MANAGEMENT CORPORATION and HAVEN PROPERTY MANAGERS & ADVISORS,

Third-Party Defendants.
_____

**UNOPPOSED MOTION TO WITHDRAW FROM REPRESENTING
SCOTT BENGLEN AND CLAIM SOLUTIONS, LLC**
_____

COMES NOW, The Frankl Law Firm, P.C. and Keith Frankl, and submit the following Unopposed Motion to Withdraw as counsel for Scott Benglen and Claim Solutions, LLC, and as grounds therefor would state:

1

1.	Edward Levy of Furtado and Levy, LLP have entered their appearance and requested substitution of counsel on behalf of Scott Benglen and Claim Solutions, LLC.

2.	Pursuant to D.C.COLO.LAttyR 5(b), Keith Frankl and The Frankl Law Firm, P.C. move to withdraw.

3.	Scott Benglen and Claim Solutions, LLC will not be left without representation as they are currently represented by counsel of their choice, who have recently entered their appearance.

4.	Scott Benglen and Claim Solutions, LLC have been given notice of all applicable terms of D.C. COLO.LAttyR 5(b).  Specifically, Defendant was notified that:

	a.	Clients without counsel are personally responsible for complying with all Court orders and time limitations established by any applicable rules; and

	b.	Corporate defendants cannot appear without counsel admitted to practice before this Court, and absent counsel, pleadings, motions, and other papers may be stricken and a default judgment or other sanctions may be imposed against Defendants.

WHEREFORE, Keith Frankl and The Frankl Law Firm, P.C. pray for an order granting this Unopposed Motion to Withdraw as Counsel for Scott Benglen and Claims Solutions, LLC.

Date: March 29, 2017				Respectfully submitted,

						s/*Keith Frankl*
						Keith Frankl
						The Frankl Law Firm, P.C.
						7400 E. Orchard Road, Suite 225 South
						Greenwood Village, CO  80111
						Telephone: 303/300-2029
						Facsimile: 303/300-2059
						Email: kfrankl@frankllawfirm.com
						Attorneys for Third Party Defendant Scott Benglen
						and Claim Solutions, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court, using CM/ECF system and sent to the following:

Jonah G. Hunt, Esq.
Orten Cavanagh & Holmes, LLC
1445 Market Street, Suite 350
Denver, CO 80202

Karen H. Wheeler
Matthew W. Hall
Charles C. Hall
LEVY WHEELER WATERS, P.C.
6465 S. Greenwood Plaza Blvd., Suite 650
Greenwood Village, CO 80111

Reza D. Rismani
Laura A. Hass
Treece Alfrey Musat. P.C.
633 17th Street, Suite 2200
Denver, CO  80202

Edward Levy
Furtado & Levy, LLP
3773 Cherry Creek North Drive, Suite 575
Denver, CO  80209

                                                *s/ Colleen Evert*
                                                Colleen Evert