IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02839-RM-NYW

DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC.,
a Colorado nonprofit corporation

Plaintiff and Counterclaim Defendant,

vs.

OWNERS INSURANCE COMPANY, a Michigan corporation,

Defendant and Counterclaimant,

And

OWNERS INSURANCE COMPANY, a Michigan corporation,

Third Party Plaintiff,

vs.

SCOTT BENGLEN, CLAIM SOLUTIONS, LLC, a Colorado company, SUSAN CWIK, GUNBARREL WEST REAL ESTATE COMPANY, a Colorado corporation d/b/a Countryside Asset Management Corporation and Haven Property Managers & Advisors,

Third Party Defendants.
_____

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**
_____

Ryan E. Nichols, pursuant to D.C.COLO.LAttyR 5(b), hereby submits his Motion to Withdraw as Counsel for Defendant Owners Insurance Company and, as grounds therefor, states as follows:

Certification of Conferral

On October 11, 2017, the undersigned informed continuing counsel for Owners Insurance Company, counsel for Plaintiff Dakota Station II Homeowner's Association, counsel for Defendants Susan Cwik and Gunbarrel West Real Estate Company, and counsel for Third-Party Defendants Scott Benglen and Claim Solutions, LLC, of the undersigned's wish to withdraw and requested a response as to whether there were any objections. Counsel for Susan Cwik and Gunbarrel West Real Estate Company, as well as counsel for Third-Party Defendants Scott Benglen and Claim Solutions, LLC, have no objections to this motion.

**AUTHORITIES AND ARGUMENT**

1. Undersigned counsel moves this Court for an order permitting his withdrawal as counsel for Defendant Owners Insurance Company ("Owners").

2. Undersigned counsel entered his appearance in this matter on behalf of Owners on August 21, 2015. *See* Entry of Appearance (Doc. No. 45).

3. Co-counsel for Defendant Owners, Karen H. Wheeler, has left the firm of Levy•Wheeler•Waters, P.C., and will continue her representation of Owners in this matter through her new firm of Wheeler Waters, P.C. Undersigned counsel is remaining with the firm of Levy•Wheeler•Waters, P.C. (now known as Levy Law, P.C.).

4. A copy of this motion is being served on opposing counsel, as well as Owners. *See* D.C.COLO.LAttyR 5(b).

5. Owners continues to be represented by counsel and has been advised that, as a corporate entity, it must act through counsel, and has further been advised that it is responsible for complying with all applicable deadlines.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an order granting his withdrawal from this case.

Dated this 16th day of October, 2017.

          Respectfully submitted,

          s/ *Ryan E. Nichols*
          Ryan E. Nichols
          LEVY•WHEELER•WATERS, P.C.
          6465 Greenwood Plaza Blvd., Suite 650
          Englewood, Colorado 80111
          Telephone:    (303) 796-2900
          Facsimile:     (303) 796-2081
          rnichols@lwwlaw.com

          Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02839-RM-NYW

DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC.,
a Colorado nonprofit corporation

Plaintiff and Counterclaim Defendant,

vs.

OWNERS INSURANCE COMPANY, a Michigan corporation,

Defendant and Counterclaimant,

And

OWNERS INSURANCE COMPANY, a Michigan corporation,

Third Party Plaintiff,

vs.

SCOTT BENGLEN, CLAIM SOLUTIONS, LLC, a Colorado company, SUSAN CWIK, GUNBARREL WEST REAL ESTATE COMPANY, a Colorado corporation d/b/a Countryside Asset Management Corporation and Haven Property Managers & Advisors,

Third Party Defendants.

_____

**CERTIFICATE OF SERVICE**
_____

      I hereby certify that on October 16, 2017, I caused the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** to be submitted to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following e-mail address:

| | |
|---|---|
| Jonah G. Hunt, Esq. | David J. Furtado, Esq. |
| Christopher M. Drake, Esq. | Dominick Ryals, Esq. |

– 4 –

| | |
|---|---|
| 1445 Market Street, Suite 350<br>Denver, Colorado 80202<br>jhunt@ochhoalaw.com<br>cdrake@ochhoalaw.com<br><br>*Attorneys for Plaintiff* | Matthew Hamblin, Esq.<br>Rodney Monheit, Esq.<br>Nathanael Archuleta, Esq.<br>Furtado Law, P.C.<br>3773 Cherry Creek North Drive, Suite 575<br>Denver, Colorado  80209<br>dfurtado@furtadolaw.com<br>dominick@furtadolaw.com<br>matthew@furtadolaw.com<br>rodney@furtadolaw.com<br>nathanael@furtadolaw.com<br><br>*Attorneys for Third-Party Defendants Scott Benglen and Claim Solutions, LLC* |
| Karen H. Wheeler, #16884<br>Brian J. Waters, #24836<br>Jami A. Maul, #43726<br>Wheeler Waters, P.C.<br>5994 S. Holly Street, Suite 238<br>Greenwood Village, Colorado  80111<br>Karen@wheelerwaters.com<br>Brian@wheelerwaters.com<br>Jami@wheelerwaters.com<br><br>*Attorneys for Owners Insurance Company* | Laura A. Hass, Esq.<br>Reza Rismani, Esq.<br>Treece Alfrey Musat, P.C.<br>633 17th Street, Suite 2200<br>Denver, CO  80202<br>lhass@tamlegal.com<br>rrismani@tamlegal.com<br><br>*Attorneys for Third-Party Defendants Gunbarrel Real Estate Company and Susan Cwik* |

*/s/  Ryan E. Nichols*         _____