IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02839-RM-NYW

DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC.,
a Colorado nonprofit corporation
Plaintiff and Counterclaim Defendant,

vs.

OWNERS INSURANCE COMPANY, a Michigan corporation,

Defendant and Counterclaimant,

And

OWNERS INSURANCE COMPANY, a Michigan corporation,

Third Party Plaintiff,

vs.

SCOTT BENGLEN, CLAIM SOLUTIONS, LLC, a Colorado company, SUSAN CWIK, GUNBARREL WEST REAL ESTATE COMPANY, a Colorado corporation d/b/a Countryside Asset Management Corporation and Haven Property Managers & Advisors,
Third Party Defendants.

_____

## MOTION TO WITHDRAW – BRIAN J. WATERS
_____

1. Brian J. Waters seeks to withdraw as counsel for defendant Owners Insurance Company in this matter pursuant to D.C.COLO.LAttyR 5.

2. I entered my appearance in this matter on behalf of defendant Owners Insurance Company on October 25, 2017 (Doc. No. 225).

3. I am no longer affiliated with the law firm of Wheeler Law, P.C., formerly Wheeler Waters, P.C.

4. Karen H. Wheeler and Jami A. Maul will continue their representation of Defendant Owners Insurance Company in this matter.

5. A copy of this motion is being served on opposing counsel, with a copy to Defendant Owners Insurance Company. See D.C.COLO.LAttyR 5(b).

6. Owners Insurance Company continues to be represented by counsel and is advised through this Motion that it is responsible for complying with all Court Orders and all applicable deadlines. Further, Owners Insurance Company is advised through this Motion that, as a corporate entity, it must act through counsel in all matters before this Court.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an order granting his withdrawal from this case.

Respectfully submitted,

By: *s/ Brian J. Waters*
HEI Civil
5460 Montana Vista Way
Castle Rock, CO 80108
Telephone: (303) 688-9500
Brian.Waters@HEIcivil.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02839-RM-NYW

DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC.,
a Colorado nonprofit corporation
Plaintiff and Counterclaim Defendant,

vs.

OWNERS INSURANCE COMPANY, a Michigan corporation,

Defendant and Counterclaimant,

And

OWNERS INSURANCE COMPANY, a Michigan corporation,

Third Party Plaintiff,

vs.

SCOTT BENGLEN, CLAIM SOLUTIONS, LLC, a Colorado company, SUSAN CWIK, GUNBARREL WEST REAL ESTATE COMPANY, a Colorado corporation d/b/a Countryside Asset Management Corporation and Haven Property Managers & Advisors,
Third Party Defendants.
_____

**CERTIFICATE OF SERVICE**
_____

I hereby certify that on May 21, 2019, I filed the foregoing MOTION TO WITHDRAW – BRIAN J. WATERS with the Clerk of Court for filing and uploading to the CM/EMF system, which will send notification of such filing to counsel of record.

By: *s/ Brian J. Waters*
HEI Civil
5460 Montana Vista Way
Castle Rock, CO 80108
Telephone: (303) 688-9500
Brian.Waters@HEIcivil.com

3