# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-2839-RM-NYW

DAKOTA STATION II CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation

    Plaintiff/Counterclaim Defendant,

vs.

OWNERS INSURANCE COMPANY., a Michigan Corporation

    Defendant/Counterclaimant.

and

OWNERS INSURANCE COMPANY., a Michigan Corporation

Third-Party Plaintiff,

vs.

SCOTT BENGLEN; CLAIM SOLUTIONS LLC, a Colorado company; SUSAN CWIK; GUNBARREL WEST REAL ESTATE COMPANY, a Colorado corporation d/b/a COUNTRYSIDE ASSET MANAGEMENT CORPORATION and HAVEN PROPERTY MANAGERS & ADVISORS,

    Third-Party Defendants.

## MOTION AND NOTICE OF WITHDRAWAL OF COUNSEL FOR THIRD-PARTY DEFENDANTS

COME NOW Third-Party Defendants, Susan Cwik, Gunbarrel West Real Estate Company, a Colorado corporation d/b/a Countryside Asset Management Corporation and Haven Property Managers & Advisors, and Counterclaim Defendant, Dakota

Station II Condominium Association, Inc., by and through their counsel, and for this Motion and Notice of Withdrawal pursuant to D.C.COLO.LAttyR 5, and state as follows:

1. J. Brooks Fortune, of the law firm of Treece Alfrey Musat P.C., hereby gives his notice to withdraw as counsel for Third-Party Defendants.

2. Mr. Fortune is leaving Colorado and the law firm of Treece Alfrey Musat P.C.

3. Mr. Fortune, the sole withdrawing attorney contemplated by this Notice, has complied with all outstanding orders of the Court.

4. Reza D. Rismani shall remain as lead counsel for the Third-Party Defendants.

5. There are no pending pleadings filed by Third-Party Defendants.

6. Third-Party Defendants concur with and authorize this withdrawal, and a copy of this Motion and Notice is being served on Third-Party Defendants as indicated below, pursuant to D.C.COLO.LAttyR 5(b).

WHEREFORE, by virtue of this notice, undersigned counsel respectfully request that the Court direct the Clerk of the Court to terminate J. Brooks Fortune as counsel of record and from any further notices issued for the duration of this action.

Respectfully submitted this 28th day of July, 2020.

TREECE ALFREY MUSAT P.C.

*s/ J. Brooks Fortune*
Reza D. Rismani, Reg. No. 31184
J. Brooks Fortune, Reg. No. 51364
633 17TH Street, Suite 2200
Denver, CO  80202
Telephone:  (303) 292-2700
Facsimile:  (303) 295-0414
Email: rrismani@tamlegal.com;
bfortune@tamlegal.com

*Attorneys for Third-Party Defendants Susan Cwik, Gunbarrell West Real Estate Company, a Colorado corporation d/b/a Countryside Asset Management Corporation and Haven Property Managers & Advisors*

### CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of Jluy, 2020, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail addresses:

All Counsel of record.

*[signed original on file at office of counsel]*
Todd Sharp

Cc: Third-Party Defendants

3