IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02839-RM-NYW

Dakota Station II Condominium Association, Inc.,

    Plaintiff,

v.

Auto Owners Insurance Company,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT

COME NOW Nathanael T. Archuleta, formerly of the Furtado Law PC hereby requests this Court, pursuant to D.C.COLO.LAttyR 5, for an order approving the withdrawal of Nathanael T. Archuleta as counsel of record for Third-party Defendants Claim Solutions, LLC and Scott Benglen because Mr. Archuleta is no longer an employee of Furtado Law PC.

David Furtado of Furtado Law PC and Edward Levy of Atlas Law Firm PC, shall remain as counsel of record for Third-party Defendants Claim Solutions, LLC and Scott Benglen.

Respectfully submitted this 26th day of January 2023.

                                        *s/ Nathanael T. Archuleta*
                                        Nathanael T. Archuleta
                                        MERLIN LAW GROUP, P.A.
                                        1001 17th Street, Ste 1150
                                        Denver, Colorado 80202
                                        Telephone: 720-665-9680
                                        Facsimile: 720-665-9680
                                        Email: narchuleta@merlinlawgroup.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 26, 2023 a true and accurate copy of the foregoing **MOTION TO WITHDRAW** was electronically filed with the clerk of Court using the CM/ECF system which will send notification to all parties of record:

*/s/ Sherrol Hall*
Sherrol Hall